UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 05752
   CRAIG CORNELL HALVORSEN
   DAWN MARIE HALVORSEN                   CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-7314    SSN XXX-XX-3964
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/18/06 and confirmed on 07/14/06.

2. The case was dismissed after confirmation, 11/09/2007.

3. The Debtor paid a total of $ 30464.46 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | 25321.69 | .00 | 25321.69 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5235.40 | .00 | 42.26 |
| CAPITAL ONE BANK | UNSECURED | 409.17 | .00 | 3.30 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14955.88 | .00 | 120.74 |
| B LINE LLC | UNSECURED | 9297.24 | .00 | 75.05 |
| DUPAGE EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6253.85 | .00 | 50.49 |
| ECAST SETTLEMENT CORP | UNSECURED | 225.90 | .00 | 1.82 |
| ECAST SETTLEMENT CORP | UNSECURED | 2801.60 | .00 | 22.62 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9503.36 | .00 | 76.72 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3827.50 | .00 | 30.90 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 2776.95 | .00 | 22.42 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 950.06 | .00 | 7.67 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 25321.69 | .00 | 56236.91 | .00 | 81558.60 |
| PRINCIPAL PAID | 25321.69 | .00 | 453.99 | .00 | 25775.68 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 25321.69 | .00 | 453.99 | .00 | 25775.68 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3000.00 and was paid $    100.00   direct and $   2900.00   through the plan.

The Trustee received $   1188.78 .

Refunds to the Debtor totaled $    600.00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 06 B 05752 CRAIG CORNELL HALVORSEN & DAWN MARIE HALVORSEN